# United States Bankruptcy Court
## District of Hawaii

In re:  
Danny Castro Maggay  
Cristita Parangan Maggay  
    Debtors

Case No. 18-00597-rjf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0975-1    User: mbd    Page 1 of 1    Date Rcvd: Jan 29, 2019  
                 Form ID: H30153d    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
```
db/jdb        +Danny Castro Maggay,   Cristita Parangan Maggay,   94-090 Kaupu Place,   Waipahu, HI 96797-3865
cr            +Vivint Solar, Inc.,   c/o Steven Guttman, Esq.,   Kesnner Umebayashi Bain & Matsunaga,
                220 S. King Street, Suite 1900,   Honolulu, HI 96813-4593
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:

```
Bradley R. Tamm    on behalf of Trustee Howard M.S. Hu btamm@hawaiiantel.net
Derek W.C. Wong    on behalf of Creditor    Banc of America Funding Corporation
 Derek.Wong@mtglawfirm.com,
 Peter.Stone@mtglawfirm.com;James.Lewin@mtglawfirm.com;Wade.Tang@mtglawfirm.com;jenelly.goldade@mt
 glawfirm.com;denise.bundy@mtglawfirm.com;renee.parker@mtglawfirm.com
Derek W.C. Wong    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
 Derek.Wong@mtglawfirm.com,
 Peter.Stone@mtglawfirm.com;James.Lewin@mtglawfirm.com;Wade.Tang@mtglawfirm.com;jenelly.goldade@mt
 glawfirm.com;denise.bundy@mtglawfirm.com;renee.parker@mtglawfirm.com
Derek W.C. Wong    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO
  WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE
  PASS-THROUGH CERTIFICATES, SERIES 2005-E Derek.Wong@mtglawfirm.com,
 Peter.Stone@mtglawfirm.com;James.Lewin@mtglawfirm.com;Wade.Tang@mtglawfirm.com;jenelly.goldade@mt
 glawfirm.com;denise.bundy@mtglawfirm.com;renee.parker@mtglawfirm.com
Donald L. Spafford, Jr.    on behalf of Debtor Danny Castro Maggay
 donaldspaffordattorney@gmail.com,   spaffordECFmail@gmail.com
Donald L. Spafford, Jr.    on behalf of Joint Debtor Cristita Parangan Maggay
 donaldspaffordattorney@gmail.com,   spaffordECFmail@gmail.com
Gregory T. Dunn    on behalf of Joint Debtor Cristita Parangan Maggay greg.dunn4@hawaiiantel.net
Gregory T. Dunn    on behalf of Debtor Danny Castro Maggay greg.dunn4@hawaiiantel.net
Howard M.S. Hu    Ch13mail@aol.com,   hhu1h13@ecf.epiqsystems.com
Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
Peter T. Stone    on behalf of Creditor    Banc of America Funding Corporation
 peter.stone@mtglawfirm.com,
 james.lewin@mtglawfirm.com;wade.tang@mtglawfirm.com;Derek.Wong@mtglawfirm.com;Jenelly.Goldade@mtg
 lawfirm.com
Steven Guttman    on behalf of Creditor    Vivint Solar, Inc. kdubm_bk@kdubm.com
Zachary K. Kondo    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST
  TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION
  MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E ecfhib@aldridgepite.com,
 zkk@ecf.courtdrive.com
Zachary K. Kondo    on behalf of Creditor    Banc of America Funding Corporation
 ecfhib@aldridgepite.com,   zkk@ecf.courtdrive.com
                                                                                             TOTAL: 14
```

Local Form H30153d (05/17)

| Information to identify the case: | |
|---|---|
| Debtor 1: **Danny Castro Maggay** (Name) | United States Bankruptcy Court<br>District of Hawaii |
| Debtor 2 (Spouse, if filing): **Cristita Parangan Maggay** (Name) | Case number: **18–00597**<br>Chapter: **13** |

# ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

After notice and a hearing, and for the reasons stated on the record in accordance with Bankruptcy Rule 7052, the objection to the chapter 13 plan is sustained and the debtor's plan is denied confirmation.

Pursuant to LBR 3015–3(d), this case will be dismissed without further notice unless, within 14 days after the entry of this order, the debtor files an amended plan or requests conversion of this case to another chapter of the Bankruptcy Code.

**SO ORDERED.**

Date: January 29, 2019

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Robert J. Faris
United States Bankruptcy Judge